516

544 A.2d 939

UNION REAL ESTATE COMPANY OF PITTSBURGH, Agency for Able Land Company, Rose–Lee Land Company, Trinity Development Company, A.J. Berman, Inc., Penn–Shady Hotel, Inc., Arrington Corporation, Crescent Realty and Investment Company, Louise Levinson, Cynthia Friedman and George P. Slesinger, Executors under the Last Will and Testament of Bess B. Aberman, Deceased, Abraham Feder, Surviving Executor and Trustee of the Will of Z.I. Levkov, Deceased, Cynthia A. Friedman and Milton I. Friedman, Trustees of the Cynthia A. and Milton I. Friedman Term Trust, Louise Levinson, Cynthia Friedman, Sam Verman and I.E. Danovitz, Successor Trustee, Petitioner,

v.

JO VI JO, INC. and the Great Atlantic and Pacific Tea Company, Inc., Respondents.

Supreme Court of Pennsylvania.

Argued March 10, 1987.

Decided July 28, 1988.

Leonard M. Mendelson, Hollinshead and Mendelson, Pittsburgh, for petitioner.

Craig W. Jones, Debra M. Coulson, Reed Smith Shaw & McClay, Pittsburgh, for Great Atlantic and Pacific Tea Company, Inc.

Frank J. Lucchino, Jeffrey Reed, Grogan, Graffam, McGinley, Solomon & Lucchino, Pittsburgh, for Jo Vi Jo, Inc.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

The order of January 28, 1986, is vacated. The matter is remanded to the Court of Common Pleas of Allegheny County for a trial *de novo*. Jurisdiction is relinquished.

Former Justic Hutchinson did not participate in the decision of this case.

HUTCHINSON, former Justice, did not participate in this case.